1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9    HICA EDUCATION LOAN CORP.,

10            Plaintiff,                        CIV. NO. S-11-2264 MCE GGH

11        vs.

12   MERLE F. GODFREY,

13            Defendant.                        ORDER
                                      /
14

15           Plaintiff's motion for default judgment presently is calendared for hearing on

16   April 19, 2012.  Having reviewed the record, the court has determined that oral argument would

17   not be of material assistance in determining the pending motion.  Accordingly, the court will not

18   entertain oral argument, and will determine the motion on the record, including the briefing in

19   support of the pending motion.  See E.D. Cal. L.R. 230(g).

20           Accordingly, IT IS ORDERED that:

21           1.  The April 19, 2012 hearing on the motion for default judgment, filed January

22   6, 2012, is vacated; and

23           2.  The motion is submitted on the record.

24   DATED: April 11, 2012

25                                      /s/ Gregory G. Hollows
                                        UNITED STATES MAGISTRATE JUDGE
26   GGH:076:HICA2264.vac.wpd

                                            1