IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HICA EDUCATION LOAN CORP.,

       Plaintiff,                                  CIV. NO. S-11-2264 MCE GGH

       vs.

MERLE F. GODFREY,

       Defendant.                               <u>ORDER</u>

_____/

        Plaintiff's motion for default judgment presently is calendared for hearing on April 19, 2012.  Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion.  Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion.  <u>See</u> E.D. Cal. L.R. 230(g).

        Accordingly, IT IS ORDERED that:

        1. The April 19, 2012 hearing on the motion for default judgment, filed January 6, 2012, is vacated; and

        2. The motion is submitted on the record.

DATED: April 11, 2012

                                                          /s/ Gregory G. Hollows
                                             UNITED STATES MAGISTRATE JUDGE

GGH:076:HICA2264.vac.wpd

1